UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED
FILED

APR 25 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| JARED BRITTON, | ) 4:19CR313 JAR/SPM |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about, April 2, 2019, in the County of St. Louis, within the Eastern District of Missouri,

JARED BRITTON,

having been convicted previously of crimes punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney